ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 14 2006

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| PLAINTIFF | * |
| | * |
| V. | * DOCKET NO. 1:97CR00496-ODE-GGB-1 |
| | * |
| ROBERT ETHAN MILLER | * |
| | * |
| DEFENDANT. | * |

## MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY PURSUANT TO 28 U.S.C. 2255

1. Name and location of Court which entered the Judgment of Conviction under attack: United States District Court, United States District Court, Northern District of Georgia.

2. Date of Judgment of Conviction: June 26, 1998

3. Length of Sentence: 110 months on Count 1; 110 months on Count 2; 240 months on Count 3; and 240 months on Count 4. 1, 2 and 3 are consecutive and 4 is concurrent; 350 months.

4. Nature of Offense Involved: 18 U.S.C. §471; 18 U.S.C. §473; 18 U.S.C. §1512

5. What was your Plea? Not Guilty

6. Kind of Trial? Jury

7. Did you testify at trial? No

8. Did you appeal from the Judgment of Conviction? Yes

9. If you did Appeal, answer the following:

(a) Name of Court - Eleventh Circuit Court of Appeals

(b) Result - Affirmed

(c) Date of Result - 202 F.3d 287 (11th Cir. 1999)

(d) No Evidentiary Hearing. N/A

10. Other than a direct Appeal from the Judgment of Conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court? No

11. If you answer to 10 was "yes", give the following information:

12. State concisely every ground on which you claim that you are being held unlawfully.

**(a) Ground One:** Newly Discovered Evidence

**Supporting Facts:**

The facts are more fully set out in the supporting memorandum of law.

**(b) Ground Two:** Ineffective Assistance of Counsel

**Supporting Facts:**

The facts are more fully set out in the supporting memorandum of law.

13. If any of the grounds listed in 12(a) were previously presented, state briefly what grounds were not presented, and give your reasons for not presenting them.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack? No

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing: Unknown

(b) At arraignment and plea: John Harbin, 1201 West Peachtree Street, N. W.,

Atlanta, GA 30309-3488

    (c) At trial:  Same

    (d) At Sentencing:  Same

    (e) On Appeal:  Same

    (f) In any post-conviction proceedings.  Susan G. James, Attorney at Law, 600 S. McDonough Street, Montgomery, Alabama 36104.

    (g) On appeal from any adverse ruling on a post-conviction proceeding: NA

16. Were you sentenced on more than one count of an indictment, or on more than one indictment in the same court and at approximately the same time?  Yes

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?  No

**WHEREFORE**, Movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

Respectfully submitted,

*Robert Ethan Miller*
Robert Ethan Miller, Pro Se
48707-019
U.S.P.
P. O. Box 2099
Pollock, LA 71467

## CERTIFICATE OF SERVICE

I hereby certify that filed on July 13, 2006 with the Clerk of sending notification of such filing to the following:

Christopher Wray
AUSA
755 Spring Street, S. W.
600 U. S. Courthouse
Atlanta, GA 30303