FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 21 2006

R. D. THOMAS, Clerk
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 1:97-CR-496-01-ODE |
| v. | CIVIL ACTION NO. 1:06-CV-1643-ODE |
| ROBERT ETHAN MILLER | |

### ORDER

This criminal case is currently before the Court on Defendants' Motions to Vacate Sentence filed July 11, July 14 and July 17, 2006.

The Court having reviewed the Motion to Vacate Sentence filed July 11, 2006, and having determined that it was e-filed by an attorney who is not admitted to this Court and who has not entered an appearance in the case, said motion [#150] and Memorandum in Support [#151] are improper and are hereby STRICKEN from the record.

Defendant proceeding pro se filed by paper filing Motions to Vacate Sentence on July 14, 2006 [#153] and July 17, 2006 [#154][1].

Title 18 U.S.C. section 2255 provides a one-year period of limitation from the date on which the judgment of conviction becomes final for the filing of motions to vacate sentence. Defendant was sentenced on October 2, 1998, and the appeal of his conviction was affirmed by the United States Court of Appeals for the Eleventh Circuit on January 2, 2000. Accordingly, Defendant's

---

[1] These motions appear to be identical.

Motions to Vacate Sentence [#s 153, 154] are untimely and are, therefore, DISMISSED.

SO ORDERED this \_\_\_21\_\_\_ day of July, 2006.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE