UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 1 8 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:97-CR-496 |
| | ) | |
| | ) | ATLANTA, GEORGIA |
| | ) | AUGUST 3, 2007 |
| V. | ) | |
| | ) | |
| ROBERT ETHAN MILLER, | ) | |
| | ) | |
| DEFENDANT. | ) | |

VOLUME 1
TRANSCRIPT OF EVIDENTIARY HEARING
BEFORE THE HONORABLE ORINDA D. EVANS,
UNITED STATES DISTRICT JUDGE

APPEARANCES OF COUNSEL:

FOR THE GOVERNMENT:   RICHARD LANGWAY
                     ASSISTANT U. S. ATTORNEY

FOR THE DEFENDANT:   SUSAN JAMES


COURT REPORTER:   ANDY ASHLEY
                 1949 U. S. COURTHOUSE
                 ATLANTA, GEORGIA   30303-3361
                 (404) 215-1478


PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT PRODUCED BY COMPUTER.