UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 18 2008

JAMES N. HATTEN, Clerk
By_____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 1:97-CR-496 |
| ) | |
| ) | ATLANTA, GEORGIA |
| ) | OCTOBER 5, 2007 |
| V. ) | |
| ) | |
| ROBERT ETHAN MILLER, ) | |
| ) | |
| DEFENDANT. ) | |

VOLUME 2
TRANSCRIPT OF EVIDENTIARY HEARING
BEFORE THE HONORABLE ORINDA D. EVANS,
UNITED STATES DISTRICT JUDGE

APPEARANCES OF COUNSEL:

FOR THE GOVERNMENT:   RICHARD LANGWAY
                      ASSISTANT U. S. ATTORNEY

FOR THE DEFENDANT:    SUSAN JAMES


COURT REPORTER:       ANDY ASHLEY
                      1949 U. S. COURTHOUSE
                      ATLANTA, GEORGIA  30303-3361
                      (404) 215-1478


PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT PRODUCED BY COMPUTER.