```
                                              FILED IN CLERK'S OFFICE
                                                 U.S.D.C. Atlanta

                UNITED STATES DISTRICT COURT      APR 18 2008
                NORTHERN DISTRICT OF GEORGIA
                      ATLANTA DIVISION          JAMES N. HATTEN, Clerk
                                                By: /s/           Deputy Clerk
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:97-CR-496 |
| | ) | |
| | ) | ATLANTA, GEORGIA |
| | ) | JANUARY 25, 2008 |
| V. | ) | |
| | ) | |
| ROBERT ETHAN MILLER, | ) | |
| | ) | |
| DEFENDANT. | ) | |

VOLUME 3
TRANSCRIPT OF EVIDENTIARY HEARING
BEFORE THE HONORABLE ORINDA D. EVANS,
UNITED STATES DISTRICT JUDGE

APPEARANCES OF COUNSEL:

FOR THE GOVERNMENT:  RICHARD LANGWAY
                     ASSISTANT U. S. ATTORNEY

FOR THE DEFENDANT:   SUSAN JAMES


COURT REPORTER:      ANDY ASHLEY
                     1949 U. S. COURTHOUSE
                     ATLANTA, GEORGIA  30303-3361
                     (404) 215-1478


PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT PRODUCED BY COMPUTER.