UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
CASE NUMBER: 1:97-CR-496-01-ODE

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 15 2009

JAMES N. HATTEN, CLE
By: J. Brannon, Deputy

UNITED STATES OF AMERICA, RESPONDANT

VS.

ROBERT ETHAN MILLER, PETITIONER, PRO SE

## PETITION FOR REDRESS OF GRIEVANCES UNDER THE FIRST AMENDMENT, ARTICLE I, UNITED STATES CONSTITUTION:

[PETITIONER ASKS THIS HONORABLE JUDGE THAT THIS MOTION NOT CONSTRUED TO A 28 USC § 2255 AND REQUESTS PROTECTION OF HIS RIGHTS BY VIRTUE OF HIS NINTH AMENDMENT]

Pg 2)

## HISTORICAL FACTS

PETITIONER ASSUMES THAT ALL PARTIES ARE FAMILIAR WITH THE SIMILARITIES OF THIS CASE.

# JURISDICTION

PURSUANT TO UNITED STATES CONSTITUTION AMENDMENT I, ARTICLE I,

IT IS INVOKED UPON THIS COURTS AUTHORITY UNDER THIS ARTICLE TO ANSWER THIS MOTION.

NOW COMES CONSTITUTIONAL PETITIONER (HEREIN AFTER "CP") TO ASK THIS HONORABLE COURT TO GRANT CP REDRESS OF GRIEVANCES UNDER THE FIRST AMENDMENT, ARTICLE I, OF THE UNITED STATES CONSTITUTION.

CP ALSO HAD HIS SIXTH AMENDMENT VIOLATED ON NUMEROUS OCCASSIONS DURING CP'S 1998 TRIAL AND DURING CP'S 28 USC § 2255 PROCEEDINGS. CP IS IN PRISON TODAY BECAUSE OF THESE BLATANT ERRORS MADE BY JOHN HARBIN, CP'S TRIAL LAWYER AND SUSAN G. JAMES, CP'S APPELLATE LAWYER.

JOHN HARBIN ALLOWED HERESAY WITNESSES TO TAKE THE STAND WITHOUT PROPER OBJECTIONS. THESE WITNESSES ADMITTED ON THE STAND TO NOT KNOWING CP AND/OR HEARING SUCH AND SUCH AS SECOND HAND INFORMATION.

CP HAS HAD IRREFUTABLE EVIDENCE OF HIS INNOCENCE SINCE 2005 WHEN THE GOVERNMENTS STAR AND ONLY WITNESS AGAINST CP, TROY PLANTE, RECANTED HIS TRIAL TESTIMONY, ADMITTED TO LYING, ADMITTED TO BEING GIVEN A GET OUT OF JAIL FREE CARD, BUT ALSO ADMITTED TO BEING PAID BY ASSISTANT UNITED STATES ATTORNEY CHRISTOPHER WRAY FOR HIS PERJURED TESTIMONY AGAINST CP (COUNTS 3 AND 4 OF INDICTMENT).

RECANTING WITNESS, TROY PLANTE, ADMITTED TO RECEIVING A PROMISE FROM ASSISTANT U.S. ATTORNEY CHRISTOPHER WRAY THAT PLANTE WOULDN'T SERVE JAIL TIME IN EXCHANGE FOR PLANTE'S TESTIMONY AGAINST CP. PLANTE ALSO ADMITTED HE RECEIVED $1,000.00 IN RETURNED BAIL MONEY THAT WASN'T PLANTE'S MONEY, PLUS SEVERAL HUNDRED DOLLARS "PER DAY" IN "PER DIEM" MONEY GRANTED HIM DURING CP'S TRIAL. HENCE, PLANTE WAS PAID HIS FREEDOM KNOWING HE WAS ON HIS WAY TO PRISON FOR GRAND THEFT CHARGES WHILE ON PAROLE/PROBATION IN GEORGIA AND/OR FLORIDA (OSCEOLA COUNTY, FLORIDA), PLUS THOUSANDS OF DOLLARS GIVEN TO HIM BY THE GOVERNMENT.

RECANTING WITNESS PLANTE NOT ONLY HAS GIVEN AN AFFIDAVIT ON COURT RECORD, BUT ALSO TESTIFIED TO THIS IN COURT, UNDER OATH IN FRONT OF THE HONORABLE JUDGE ORINDA EVANS ON JANUARY 25TH, 2008.

CP'S APPELLATE LAWYER ERRED IN A MULTITUDE OF WAYS, SHE (SUSAN G. JAMES) FIRST AND FOREMOST FILED CP'S 2255 LATE WHICH CAUSED CP TO BE TIME BARRED, AS FOR THE 2255 STATUTE.

SUSAN G. JAMES ALSO FILED CP'S APPEAL UNDER THE WRONG VEHICLE. SHE KNEW NOTHING OF CP'S CONSTITUTIONAL RIGHTS, SHE ADVISED HIM IMPROPERLY ON NUMEROUS OCCASSIONS, EVEN MISLED CP, INTENTIONAL OR NOT. CP HAS LETTERS TO PROVE THESE CLAIMS, BUT CP IS BEING HELD IN A TRANSFER UNIT AT USP VICTORVILLE, WITH NO LAW LIBRARY, NO LEGAL WORK OR ACCESS TO THE COURTS OR ANY OF HIS OWN DOCUMENTS. CP WILL BE ABLE TO SHOW SAID DOCUMENTS FOR A HEARING OR WHEN CP REACHES

HIS DESTINATION. ALL THAT CP IS CONVEYING IS ON COURT RECORDS.

CP'S APPELLATE CLAIM (28 USC § 2255) WAS NOT JUDGED ON THE MERITS OF HIS CLAIM, SOLELY BECAUSE SUSAN G. JAMES ERRED WITH HER UNTIMELY FILING, SOMETHING COMPLETELY OUT OF CP'S HANDS WHEN CP'S LAWYER WAS PAID TIMELY.

THIS IS CLEARLY AN EIGHTH AMENDMENT VIOLATION AND A SIXTH AMENDMENT VIOLATION. JOHN HARBIN, AT CP'S TRIAL ALLOWED ASSISTANT U.S. ATTORNEY CHRISTOPHER WRAY TO REFER TO CP AS JOHN GOTTI JR, SOMETHING OTHER THAN CP'S REAL NAME TO SWAY THE JURY TO CONVICT ON SOMETHING OTHER THAN EVIDENCE.

EACH DAY CP SITS IN JAIL IS ANOTHER DAY OF EIGHTH AND NINTH AMENDMENT VIOLATIONS.

IT MUST BE CRUEL AND UNUSUAL PUNISHMENT FOR AN INNOCENT MAN TO ENDURE THIS TREATMENT. THE NINTH AMENDMENT VIOLATIONS ARE CLEAR.

"THE ENUMERATION IN THE CONSTITUTION, OF CERTAIN RIGHTS, SHALL NOT BE CONSTRUED TO DENY OR DISPARAGE OTHERS RETAINED BY THE PEOPLE.

FAILURE OF THE CONSTITUTION TO MENTION A SPECIFIC RIGHT DOES NOT MEAN THAT THE GOVERNMENT CAN ABRIDGE THAT RIGHT, BUT IT'S PROTECTION HAS TO BE FOUND ELSEWHERE."

CP'S LIFE, LIBERTY, FATHERHOOD HAVE BEEN TAKEN FROM HIM WITHOUT JUST COMPENSATION. WHAT CAN COMPENSATE FOR THAT.

BEING THAT CP HAS SPENT SUCH A LENGTHY TIME IN YOUR COURTROOM JUDGE EVANS, AND THE RECANTING WITNESS HAS ADMITTED TO HIS LIES IN FRONT OF YOU UNDER OATH.

I WILL ONLY ASK YOU TO LIVE UP TO YOUR OATH OF OFFICE.

CP SEEKS NOTHING FROM THE COURT EXCEPT JUSTICE. CP HAS CLEARLY PROVEN HIS INNOCENCE YET IS HELD IN PRISON BY CP'S LAWYER AND HER STATUTORY ERROR.

CP PRAYS THE COURT WILL GRANT CP HIS CONSTITUTIONAL RIGHT TO REDRESS AND CP CAN BE ADJUDICATED ON THE MERITS OF HIS CLAIMS OF ACTUAL INNOCENCE.

IF THE COURT WON'T ADJUDICATE CP AS ACTUALLY INNOCENT, CP PRAYS THAT THIS HONORABLE COURT WILL GRANT

CP A NEW TRIAL SO THAT A JURY OF CP'S PEERS CAN HEAR THE WITNESS, TROY PLANTE, TELL THE TRUTH THIS TIME, AS HE DID DURING HIS RECANTATION IN HIS AFFIDAVIT AND ON THE STAND, JANUARY 25TH, 2008.

CP WOULD ALSO LIKE TO REDRESS HIS IMPROPER ENHANCEMENTS IN REGARDS TO HIS COUNTERFEITING CONVICTIONS.

CP WOULD ALSO LIKE TO REDRESS CP'S IMPROPER CLASSIFICATION AS A CAREER CRIMINAL. CP (IN 1998) HAD NEVER HAD 2 VIOLENT CONVICTIONS, 2 DRUG CONVICTIONS OR ONE DRUG AND/OR ONE VIOLENT CONVICTION, THE CRITERIA TO BE CLASSIFIED AS A CAREER OFFENDER.

CP'S 2 PRIOR (STATE) BURGLARIES IN COBB COUNTY WERE PLEAD TO IN 1989-1990 AND 1993 WHEN BURGLARY WAS A NON-VIOLENT OFFENSE IN COBB COUNTY.

CP HAD NEVER, AT THAT TIME, BEEN CONVICTED OF A VIOLENT CHARGE OR A DRUG CHARGE MAKING IT IMPOSSIBLE FOR CP TO BE A CAREER OFFENDER.

CP LASTLY ASKS THIS COURT TO UNDERSTAND HIS LAYMAN STATUS AND PROTECT CP UNDER THE NINTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

CP'S FOURTEENTH AMENDMENT IS ALSO BEING VIOLATED. CP IS NOT RECEIVING EQUAL PROTECTION OF THE LAW. CP'S DUE PROCESS OF THE LAW IS BEING VIOLATED. CP'S BEING TREATED LIKE A FOURTEENTH AMENDMENT SLAVE.

## CONCLUSION

WHEREFORE, CP PRAYS THAT THIS HONORABLE COURT GRANTS HIM A REDRESS OF GRIEVANCES UNDER THE UNITED STATES CONSTITUTION, AMENDMENT I, ARTICLE I. CP ASKS ALSO UNDER THE UNITED STATES CONSTITUTION FOR HIS RIGHT TO LIFE, LIBERTY AND THE PURSUIT OF HAPPINESS. CP ASKS TO BE FREE OF THIS CRUEL AND UNUSUAL RESTRAINT IMMEDIATELY. CP ASKS FOR JUST COMPENSATION FOR ALL THE PAIN HE AND HIS FAMILY HAVE ENDURED UNJUSTLY.

Respectfully submitted,
Robert Ethan Miller
ROBERT ETHAN MILLER, pro se

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
CASE NUMBER: 1:97-CR-496-01-ODE

UNITED STATES OF AMERICA
　　　　　　　RESPONDANT,

VS.

ROBERT ETHAN MILLER
　　　　　　PETITIONER, PRO SE

AFFIDAVIT IN SUPPORT OF PETITION FOR REDRESS OF GRIEVANCES UNDER THE FIRST AMENDMENT, ARTICLE I, UNITED STATES CONSTITUTION.

## AFFIDAVIT

A.) I AFFIANT ROBERT ETHAN MILLER SOLEMNLY SWEAR UNDER THE NATIONAL UNITED STATES CONSTITUTION THAT THESE CONSTITUTIONAL VIOALATIONS PURSUANT TO THE FIRST, FIFTH, SIXTH, EIGHTH, NINTH AND FOURTEENTH AMENDMENT OCCURRED BEFORE, DURING AND AFTER AFFIANTS TRIAL AND CONVICTION.

B.) I AFFIANT SWEAR THAT I AM OVER THE LEGAL AGE OF EIGHTEEN YEARS OF AGE AND I AM OF A SOUND AND COMPETANT MIND.

C.) I AFFIANT SWEAR THAT THIS AFFIDAVIT IS TRUE IN FACTS AND TO THE BEST OF MY KNOWLEDGE AND NOT TO BE MISLEADING.

I, ROBERT ETHAN MILLER, SOLEMNLY SWEAR TO THE FOLLOWING, UNDER THE PENALTY OF PERJURY THAT THIS IS THE TRUTH AND NOTHING BUT THE TRUTH SO HELP ME GOD.

1. I AFFIANT SWEAR THAT I AM INNOCENT ENTIRELY OF COUNTS 3 AND 4, SOLICITATION TO MURDER AND ATTEMPTED MURDER THAT I WAS CONVICTED OF IN 1998.

2. I AFFIANT SWEAR THAT I HAVE AN AFFIDAVIT FROM THE GOVERNMENTS STAR AND ONLY WITNESS AGAINST ME EXONERATING ME OF ALL POSSIBLE GUILT.

3. I AFFIANT SWEAR THAT TROY PLANTE (HEREIN AFTER "T.P."), THE GOVERNMENTS STAR WITNESS AT MY 1998 TRIAL, WAS ADMITTED TO PERJURY AND ADMITTED TO MAKING UP THE ENTIRE STORY AGAINST ME (USING PIECES OF VARIOUS INFORMATION HE FOUND OUT ABOUT ME AS WE LIVED IN THE SAME ROOM TOGETHER IN COBB COUNTY JAIL) SO THAT HE COULD EXCHANGE THE STORY FOR HIS FREEDOM.

4. I AFFIANT SWEAR THAT THIS VICTIM WAS NEVER HARMED OR ANY ATTEMPT TO HARM HER WAS NEVER MADE.

5. I AFFIANT SWEAR THAT T.P. WAS NOT ONLY GIVEN HIS FREEDOM FOR THIS CONCOCTED STORY, BUT HE WAS GIVEN THOUSANDS OF DOLLARS TO CONTINUE ON WITH THE LIE EVEN AFTER HE TOLD (A.U.S.A.) ASSISTANT U.S. ATTORNEY CHRIS WRAY THAT HE NO LONGER WANTED TO GO THROUGH WITH IT. T.P. WAS ALSO THREATENED WITH SIGNIFICANT JAIL TIME IF HE DECIDED TO BACK OUT OF HIS INITIAL STATEMENTS.

6. I AFFIANT SWEAR THAT T.P. WAS MADE TO LISTEN TO HIS INITIALLY TAPED STATEMENT TO THE GOVERNMENT WELL OVER TEN TIMES (AS T.P. STATED IN HIS RECANTATION TAPES, AFFIDAVIT AND/OR WHEN HE TOOK THE STAND IN A FEDERAL COURTROOM ON JANUARY 25TH 2008) AS NOT TO FORGET ANY OF HIS LIES.

7. I AFFIANT SWEAR THAT T.P. AND AFFIANT WERE DISCUSSING MARIJUANA NOT MURDER IN T.P.'S TAPED RECORDINGS OF HIS CONVERSATIONS WITH AFFIANT. NOT ONE TIME IS VIOLENCE EVER DISCUSSED. NOT ONE TIME IS A PERSON MUCH LESS THE VICTIM, ANY VICTIM BROUGHT UP.

8. I AFFIANT HAVE NEVER COMMITTED A FELONIOUS ACT OF VIOLENCE AGAINST ANYONE. I'VE NEVER BEEN CONVICTED OF A VIOLENT FELONY IN MY LIFE, EXCEPT THIS CONCOCTED STORY BY T.P.

9. I AFFIANT DREW NO MAP IN REGARDS TO SAID MURDER PLOT, AND T.P. HAS ADMITTED SUCH IN HIS RECANTATION.

10. I AFFIANT WAS GETTING T.P. A CAR TO DRIVE MARIJUANA TO SAVANNAH IN 1997 NOT A BODY AND T.P. HAS ADMITTED SUCH.

11. I AFFIANT SWEAR THAT T.P. AND AFFIANT NEVER ONCE DISCUSSED AN ACT OF VIOLENCE MUCH LESS MURDER.

12. I AFFIANT SWEAR T.P. STOLE THE NAME OF THE VICTIM FROM MY PERSONAL PROPERTY WHILE HOUSED IN THE SAME ROOM AT COBB COUNTY JAIL, IN GEORGIA.

13. I AFFIANT SWEAR I BARELY KNOW T.P. AND DISCUSSED SOME WAYS FOR T.P. TO HELP ME GET MONEY TO DEFEND MY COUNTERFEITING CASE AND TO MAKE T.P. SOME MONEY IN THE PROCESS, NEVER ONCE DID WE DISCUSS VIOLENCE.

14. I AFFIANT SWEAR THAT T.P. WAS SURELY ON HIS WAY BACK TO PRISON IN 1997-1998. T.P. WAS ON PROBATION AND/OR PAROLE IN SAVANNAH GEORGIA, AND IN OSCEOLA COUNTY FLORIDA AND HAD FELONY GRAND THEFT CHARGES IN COBB COUNTY GEORGIA. T.P. ALSO HAD A NEWBORN ON THE WAY WITH HIS GIRLFRIEND IN FLORIDA. T.P. SAW A WAY OUT WHERE IF THE GOVERNMENT BELIEVED HIS STORY THEY'D HELP HIM. IT WORKED. T.P. GOT OUT OF ALL PRISON TIME PLUS GAINED THOUSANDS OF DOLLARS FOR HIMSELF. ALL FOR TELLING A LIE AGAINST A STRANGER.

15. I AFFIANT SWEAR I WAS NEVER CONVICTED OF A FELONIOUS DRUG OFFENSE OR VIOLENT OFFENSE (UP UNTIL MY WRONGFUL FEDERAL CONVICTION OF WHICH I AM NOW APPEALING) PRIOR TO 1998.

16. TO THE BEST OF AFFIANTS KNOWLEDGE HE MUST HAVE 2 DRUG CONVICTIONS, 2 VIOLENT CONVICTIONS OR 1 DRUG AND 1 VIOLENT CONVICTION TO FIT THE CRITERIA OF A CAREER OFFENDER. AFFIANT WAS CLASSIFIED AS A CAREER OFFENDER WITHOUT FITTING SAID CRITERIA.

17. AFFIANT HAD 2 PRIOR BURGLARY CONVICTIONS. AFFIANT DID NOT STEAL ONE ITEM IN THESE SO CALLED BURGLARIES. AFFIANT PLEAD TO THESE AS NON-VIOLENT OFFENSES IN 1989-1990 AND 1993 WHEN A BURGLARY IN COBB COUNTY GEORGIA WAS A NON-VIOLENT OFFENSE. THE GOVERNMENT USED THESE NON-VIOLENT OFFENSES TO CAREER OFFENDER ME. CALLING THEM VIOLENT BECAUSE A BURGLARY CHARGE IS CONSIDERED VIOLENT TODAY OR WAS IN 1998.

18. AFFIANT IS NOT CHALLENGING HIS COUNTERFEIT CONVICTION, BUT AFFIANT WAS IMPROPERLY SENTENCED AND IMPROPERLY ENHANCED.

19. WHERE AFFIANT CHALLENGES HIS COUNTERFEIT CONVICTION IS THAT HIS JURY WAS PREJUDICED AGAINST HIM BECAUSE OF THE OTHER HEINOUS CRIMES (COUNTS 3 AND 4 OF AFFIANTS INDICTMENT) PUT IN FRONT OF THEM. AFFIANT HAD ALREADY PLANNED WITH COUNSEL JOHN HARBIN TO PLEAD TO ONE COUNT OF MANUFACTURING COUNTERFEIT CURRENCY, BUT WITNESSES WERE USED AGAINST AFFIANT THAT AFFIANT HAD NEVER SEEN BEFORE. EVEN ONE OF THE WITNESSES ADMITTED TO NEVER SEEING OR MEETING AFFIANT BEFORE YET HE WAS ALLOWED TO TESTIFY WITH OBVIOUS HERESAY TESTIMONY.

20. MULTIPLE WITNESSES WERE ALLOWED TO TAKE THE STAND AND TELL STORIES THAT HAD NOTHING TO DO WITH COUNTERFEITING OR EVEN THE SOLICITATION ASPECT OF THE INDICTMENT TO PREJUDICE THE JURORS.

21. IN 2005 T.P. GAVE A CANDID RECANTATION OF HIS TRIAL TESTIMONY. AFFIANT HIRED AN ATTORNEY SUSAN G. JAMES AND MS. JAMES COMMITTED ONE ERROR AFTER ANOTHER, ONE MISLEADING STATEMENT TO AFFIANT AFTER ANOTHER CULMINATING IN AFFIANT BEING STATUTORALLY TIME BARRED PER 28 USC § 2255 RULES. MS. JAMES ACCEPTED THOUSANDS AND THOUSANDS OF DOLLARS FROM AFFIANTS FRIENDS AND FAMILY AND FAILED IN HER COMMITMENTS USING AN ARRAY OF EXCUSES AND REASONS WHY SHE WAITED SO LONG TO FILE AFFIANTS 2255. STILL TO THIS DAY SWEARING THE JUDGE, 11th CIRCUIT AND THE SUPREME COURT ARE WRONG NOT HER. YET AFFIANT REALIZES HER PROCRASTINATION GOT HIM TIME BARRED NOT AN ERROR OF THE COURT.

22. AFFIANT SWEARS THAT MS. JAMES WAS AND IS TOTALLY UNAWARE OF AFFIANTS CONSTITUTIONAL RIGHTS.

23. I AFFIANT SWEAR THAT HE WAS CALLED JOHN GOTTI, JR IN TRIAL WHEN HIS NAME IS ROBERT ETHAN MILLER JR.

NOTARY: M. Adams
EXPIRES: N/A
COMMISSION: N/A
WITNESS: M. A.

[Stamp: MIKE ADAMS, CASE MANAGER "AUTHORIZED BY THE ACT OF JULY 27, 1955 TO ADMINISTER OATHS (18 USC 4004)." 5/5/09]

EXECUTED THIS DAY MAY 5th 2009 C.E.
Robert Ethan Miller
Robert Ethan Miller affiant
#48707-019
FEDERAL CORRECTIONAL COMPLEX
PO BOX 5300
ADELANTO, CA 92301

# CERTIFICATE OF SERVICE

I, Robert Ethan Miller HAVE SERVED TWO COPIES OF PETITION FOR REDRESS OF GRIEVANCES UNDER THE FIRST AMENDMENT, ARTICLE I, UNITED STATES CONSTITUTION AND AFFIDAVIT IN SUPPORT OF PETITION FOR REDRESS OF GRIEVANCES UNDER THE FIRST AMENDMENT, ARTICLE I, UNITED STATES CONSTITUTION, TO THE FOLLOWING ADDRESSES BELOW; ON MAY 5th 2009;

THE CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
600 UNITED STATES COURTHOUSE
75 SPRING STREET S.W.
ATLANTA, GA 30303

AUSA R. LANGWAY
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
600 UNITED STATES COURTHOUSE
75 SPRING STREET S.W.
ATLANTA, GA 30303

Respectfully submitted,

Robert Ethan Miller
Robert Ethan Miller, pro se
#48707-019
USP VICTORVILLE
PO BOX 5300
ADELANTO, CA 92301