FILED IN CHAMBERS
U.S.D.C. - Atlanta

SEP 30 2013

James N. Hatten, Clerk
By: /s/ AMCallie
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ROBERT ETHAN MILLER, | : | |
| Movant | : | CRIMINAL ACTION FILE NO. |
| | : | 1:97-CR-496-1-ODE-GGB |
| v. | : | |
| | : | CIVIL ACTION FILE NO. |
| UNITED STATES OF AMERICA, | : | 1:13-CV-2845-ODE-GGB |
| Respondent | : | |

ORDER

This criminal case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Gerrilyn G. Brill filed September 3, 2013 [Doc. 383]. No objections have been filed.

In the Report and Recommendation, the Magistrate Judge recommends that Movant's Motion to Vacate Sentence be dismissed as successive and that Movant be denied a certificate of appealability.

The Court having read and considered the Report and Recommendation and noting the absence of any objections, it is hereby ADOPTED as the opinion and order of the Court. For the reasons set forth in the Report and Recommendation, the Motion to Vacate Sentence [Doc. 382] is DISMISSED as successive, and a Certificate of Appealability is DENIED.

SO ORDERED, this 30 day of September, 2013.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE